**Order filed June 3, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00053-CV

_____

## IN THE INTEREST OF G.X.H., JR. AND B.X.H., CHILDREN

---

**On Appeal from the 313th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-04498J**

---

## ORDER

Our review has determined that relevant items have been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). Accordingly, the Harris County District Clerk is directed to file a supplemental clerk's record **as soon as possible**, but **no later than June 7, 2019**, containing:

1. The order signed September 21, 2017, described in the docket sheet as "GTTDX – ORDER SIGNED GIVING TDPRS TMC FOR 14 DAYS"; and

2. The order signed October 5, 2017, described in the docket sheet as "TMCJX – ORDER SIGNED FOR TEMPORARY MANAGING CONSERVATOR."

If either omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM